1

2

3

4                                      UNITED STATES DISTRICT COURT

5                                    NORTHERN DISTRICT OF CALIFORNIA

6

7     UNITED STATES OF AMERICA,                        Case No.  16-cr-00013-JSW-5

8                    Plaintiff,                        **ORDER TO SHOW CAUSE WHY
                                                       SANCTIONS SHOULD NOT BE
9              v.                                       IMPOSED AND WHY COUNSEL
                                                       SHOULD NOT BE REFERRED TO THE
10    ANTOINE KING,                                    STANDING COMMITTEE ON
                                                       PROFESSIONAL CONDUCT**
11                   Defendant.

12

13          This matter was scheduled for a change of plea on March 21, 2017 at 1:00 p.m.  On that

14    date, counsel for Defendant, Linda Fullerton, Esq.**,** arrived late.  Ms. Fullerton was advised that

15    the Court's criminal law and motion calendar starts at 1:00 p.m.  The matter was continued to

16    March 28, 2017 at 1:00 p.m., at Defendant's request, in order to provide Defendant additional time

17    to consult with counsel about the proposed plea agreement.

18          On March 28, 2017, Ms. Fullerton arrived at 1:45 p.m.  Ms. Fullerton is HEREBY

19    ORDERED TO SHOW CAUSE why the Court should not: (1) impose sanctions in the amount of

20    $500.00 for her failure to appear on time for the Court's calendar; and (2) refer this matter to the

21    Standing Committee on Professional Conduct.  Ms. Fullerton's response to this Order to Show

22    Cause shall be due by no later than April 7, 2017.  The Court advises Ms. Fullerton that payment

23    of the sanctions will not serve as a response to the question of why this matter should not be

24    referred to the Standing Committee on Professional Conduct.

25          **IT IS SO ORDERED.**

26    Dated: March 29, 2017

27    _____

28    JEFFREY S. WHITE
      United States District Judge